NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000424
13-NOV-2013
08:42 AM

NO. CAAP-13-0000424

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

In the Matter of the Tax Appeal of BOBBY R. NARMORE,
Appellant-Appellant,
v.
DEPARTMENT OF TAXATION, STATE OF HAWAI'I, Appellee-Appellee

APPEAL FROM THE TAX APPEAL COURT
STATE OF HAWAI'I
(CASE NO. 02-0065)

ORDER DENYING THE NOVEMBER 6, 2013 MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon consideration of the Motion for Reconsideration by Appellant Bobby R. Narmore, which was untimely filed on November 6, 2013, and the files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i,  November 13, 2013.


Chief Judge


Associate Judge


Associate Judge